

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Michel, Paul R. | 2. Court or Organization<br><br>United States Court of Appeals for the Federal Circuit | 3. Date of Report<br><br>05/05/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>717 Madison Place, NW<br>Suite 901<br>Washington, DC 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 13 A 9: 41 FINANCIAL DISCLOSURE OFFICE

Michel_Paul_R

| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R. | 05/05/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. January | Wu Consulting, LLC (Arlington, VA & Washington, DC): Consulting fee for Business Development Services |
| 2. February | Wu Consulting, LLC (Arlington, VA & Washington, DC): Consulting fee for Business Development Services |
| 3. May | Wu Consulting, LLC (Arlington, VA & Washington, DC): Consulting fee for Business Development Services |
| 4. August | Wu Consulting, LLC (Arlington, VA & Washington, DC): Consulting fee Business Development Services |
| 5. September | Wu Consulting, LLC (Arlington, VA & Washington, DC): Consulting fee for Business Development Services |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Family of Mark Banner | January 20 - 21, 2008 | Chicago, IL | Memorial Service Eulogist | Transportation, Lodging, Lunch & Car Service |
| 2. Association of Corporate Patent Counsel | January 28 - 30, 2008 | Santa Barbara, CA | Conference, Speaker | Transportation, Lodging, Meals & Incidental Expenses |
| 3. Syracuse University School of Law | February 19-21, 2008 | Syracuse, NY | Educational Speaker | Transportation, Meals & Lodging Expenses |
| 4. USC Gould School of Law | March 15-19, 2008 | Beverly Hills, CA | IP Institute, Speaker | Transportation, Lodging, Meals & Incidental Expenses |
| 5. New York Intellectual Property | March 28, 2008 | New York, NY | Annual Dinner, Presenter | Transportation, Meals & Lodging |

| | | | | |
|---|---|---|---|---|
| **Name of Person Reporting** Michel, Paul R. | | | **Date of Report** 05/05/2009 | |

Law Association

| | | | | |
|---|---|---|---|---|
| 6. Benjamin Franklin Inn of Court | May 22, 2008 | Philadelphia, PA | Meeting Speaker | Transportation & Dinner |
| 7. Federal Circuit Bar Association | June 25 - 30, 2008 | Monterey, CA | Conference Speaker | Lodging & Meals |
| 8. Birch Stewart Kolasch & Birch | July 1, 2008 | Falls Church, VA | Program Speaker | Car Service & Lunch |
| 9. Richard Linn Inn of Court | July 19-20, 2008 | Chicago, IL | Award Recipient | Car Service, Lodging, Transportation, Meals |
| 10 American Bar Association | August 8 - 10, 2008 | New York, NY | Meeting Speaker | Transportation, Meals & Lodging |
| 11 Harvard University | September 9, 2008 | Boston, MA | IP Conference Speaker | Lodging & Meals |
| 12 International Association for the Protection of Intellectual Property (AIPPI) | September 9, 2008 | Boston, MA | World Conference Speaker | Transportation, Meals & Incidental Expenses |
| 13 Intellectual Property Owners' Association | September 22, 2008 | San Diego, CA | Annual Meeting Speaker | Transportation, Lodging, Meals & Incidental Expenses |
| 14 Federation Internationale des Conseils en Propriete Industrielle (FICPI) | October 7 - 10, 2008 | Florence, Italy | World Congress Speaker | Transportation, Lodging, Meals & Incidental Expenses |
| 15 Sedona Conference | October 15 - 18, 2008 | Sedona, AZ | Speaker | Transportation, Lodging, Meals & Incidental Expenses |
| 16 University of California, Davis School of Law | November 7, 2008 | Davis, CA | Conference Panelist | Meals, Car Service & Lodging |
| 17 Philadelphia Intellectual Property Law Association | November 13, 2008 | Philadelphia, PA | Awardee & Speaker | Dinner & Lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. University Club, Washington, DC | Waiver of initiation fee & reduced monthly membership for the Governemnt Fellows | $1,100.00 |
| 2. Linn Inn American Inn of Court | Crystal Scupture | $200.00 |
| 3. The Bar Association of the District of Columbia | Judicial Honoree of the Year Silver Platter | $500.00 |
| 4. Harvard University Law School | Tiffany Crystal Pitcher | $150.00 |
| 5. The Sedona Conference | Pewter Scupture | $250.00 |
| 6. The Philadelphia Intellecutal Property Law Assocation | Crystal Award | $300.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Covington & Burling | Legal Fees | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R. | 05/05/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Erie Shores CU Inc. (IRA) | A | Interest | J | T | | | | | |
| 2. Sun Trust Bank (Accounts) (IRA/CD) | A | Interest | K | T | | | | | |
| 3. Chevy Chase Bank (CD) | A | Interest | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michel, Paul R. | 05/05/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The values of the tanglible gifts listed in Part V, excluding the University Club Membership, are good faith estimates. Actual values are not available.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544